# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LASHAWN BROWN** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 20-5624** |
| **v.** | : | |
| | : | |
| **UNITED STATES POSTAL SERVICE** | : | |
| *Defendant* | : | |

## ORDER

**AND NOW,** this 16th day of November 2020, upon consideration of the *motion to proceed in forma pauperis* filed by Plaintiff, [ECF 2], and it appearing to this Court that Plaintiff is unable to pre-pay the filing fees and costs, it is hereby **ORDERED** that:

1. Plaintiff's application to proceed *in forma pauperis* is **GRANTED**;

2. The Clerk of Court shall file the complaint and issue summons;

3. The Clerk of Court shall serve the United States Attorney for the Eastern District of Pennsylvania; and

4. The United States Marshal for the Eastern District of Pennsylvania shall serve Defendant, United States Postal Service, with the summons and complaint in accordance with Federal Rule of Civil Procedure 4(i).

                              **BY THE COURT:**

                              /s/ Nitza I. Quiñones Alejandro
                              **NITZA I. QUIÑONES ALEJANDRO**
                              *Judge, United States District Court*