# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 20-cv-05624

**Lashawn Brown**

vs.

**UNITED STATES POSTAL SERVICE**

### Acceptance of Service by the United States Attorney

I __Desiree Wilkins__ (print name) hereby accept service on behalf of the United States Attorney (only).

_____
**For the United States Attorney (Signature)**

Desiree Wilkins
_____
**Print Name**

11/20/2020
_____
**Date**