IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LASHAWN BROWN, | : : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : : | No. 2:20-cv-05624 |
| UNITED STATES POSTAL SERVICE, | : : | |
| Defendant. | : : | |

**JOINT MOTION
FOR APPROVAL OF THE SETTLEMENT**

Having settled this lawsuit, which includes a claim under the federal Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, Plaintiff Lashawn Brown ("Brown" or "Plaintiff") and Defendant United States Postal Service ("USPS" or "Defendant") (collectively, "the Parties") now move for judicial approval of the settlement agreement. The operative "Stipulation for Compromise Settlement and Release of Claims" ("the Settlement Agreement") has been signed by the Parties and was submitted to the Court with a proposed Consent Order on October 7, 2021.

Although the Third Circuit Court of Appeals has not addressed the issue, this Court generally reviews FLSA settlements to ensure that they represent "'a fair and reasonable resolution of a *bona fide* dispute.'" *Mitchell*, at *1(quoting *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1354 (11th Cir. 1982)). In this regard, an FLSA settlement will be approved if it: (1) resolves a *bona fide* dispute under the FLSA; (2) is "fair and reasonable to the employee;" and (3) "furthers [ . . . ] the implementation of FLSA in the workplace." *Id.* at *3-4

As is discussed in the accompanying Memorandum of Law, each of these requirements

are satisfied. The settlement provides Brown with $3,000 in unpaid wages and liquidated damages, has been publicly filed on the Court's ECF system, and does not contain any confidentiality provisions. Additionally, the settlement provides Plaintiffs' counsel with a total payment of $1,250, which is less than its accumulated lodestar in this case.

    **WHEREFORE**, the Parties jointly request that the Court grant this motion and sign and enter the consent order filed on October 7, 2021, approving the settlement of this FLSA action.

| | |
|---|---|
| ON BEHALF OF PLAINTIFF<br>Community Legal Services<br>1424 Chestnut Street<br>Philadelphia, PA 19102-2505 | ON BEHALF OF DEFENDANT<br>United States Attorney's Office<br>615 Chestnut Street, Suite 1250<br>Philadelphia, PA 19106 |
| By: __/s/ Seth P. Lyons_____<br>    Seth P. Lyons<br>    Counsel for Plaintiff | By: __/s/ Eric D. Gill_____<br>    ERIC D. GILL<br>    Assistant United States Attorney |
| Dated: 10/25/21 | Dated: 10/25/21 |