IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LASHAWN BROWN, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | |
| | : | No. 2:20-cv-05624 |
| UNITED STATES POSTAL SERVICE, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### DECLARATION OF SETH P. LYONS

I, Seth P. Lyons, hereby state, under penalty of perjury, that the following facts are true and correct:

1. I am a Supervising Attorney in the Employment Unit of Community Legal Services ("CLS"), 1424 Chestnut Street, Philadelphia, PA 19102, and I represent Plaintiff in the above-caption action.

2. I submit this declaration in order to provide the Court with information concerning the fee lodestar incurred by CLS during the litigation.

### CLS's Experience in the Field of Wage and Hour Litigation

3. CLS is a free legal services program founded in 1966 and is recognized as one of the preeminent legal services programs in the nation. Since its inception, CLS has helped over one million clients and continues to handle the individual cases of over 12,000 people per year in a variety of areas, including employment, public benefits, energy and utilities, family law, homeownership, consumer law, public and private house, and disabilities law. CLS and its attorneys regularly engage in complex litigation, class action lawsuits, high level policy work, community outreach, and media outreach in order to achieve its ultimate goal of ending poverty and

1

ensuring access to justice for all.

4. CLS's Employment Unit has handled over 33,000 employment cases since 1989, including nearly 2,500 wage and hour cases since 2000. This includes extensive litigation in state and federal court, as well as dozens of class and collective actions during this period.

## CLS Attorneys' Individual Experience

5. **Seth Lyons** ("Lyons") is a Supervising Attorney in CLS's Employment Unit. He graduated from the University of California, Berkeley, School of Law in 2016. Lyons has represented hundreds of low-wage workers in different employment-related matters, including wage theft, employment discrimination, child abuse expunction, and criminal record-related barriers to employment. Lyons has handled over 80 wage and hour cases, including multiple class actions. Lyons is a member of the Pennsylvania bar and is also admitted to the United States District Court for the Eastern District of Pennsylvania.

6. **Elizabeth Soltan** ("Soltan") graduated cum laude from Harvard Law School in 2019. Soltan was a student attorney at the Harvard Legal Aid Bureau, where she represented clients in housing and wage cases and served as the Practice Group Leader for the wage practice. As a law student, Soltan successfully briefed and argued a workers' rights appeal before the Supreme Judicial Court of Massachusetts, the state's highest court. Soltan completed a two-year Skadden fellowship as a Staff Attorney at Community Legal Services of Philadelphia, where she represented low-income patient families in a Medical-Legal Partnership with the Children's Hospital of Philadelphia. While at Community Legal Services, Soltan was a member of the litigation team representing Pennsylvania food stamp recipients in *Gilliam v. USDA*. She also represented low-income Philadelphians in employment and public benefits matters. Soltan is a member of the Pennsylvania and New Jersey bars, and is also admitted to the United States District Court for the Eastern District of Pennsylvania.

## CLS Attorneys' Hourly Rates

7. Community Legal Services has developed a standardized fee schedule for all of its attorneys based on years of experience. *See* https://clsphila.org/about-cls/attorney-fees. Under this fee schedule, our hourly billing rates have been established as follows:

   a. Seth Lyons (2016 graduation): $275 per hour

   b. Elizabeth Soltan (2019 graduation): $220 per hour

8. Throughout this litigation, CLS attorneys kept detailed, contemporaneous records of the time spent on this matter in six-minute increments.

9. CLS's work on this litigation is reflected in the contemporaneous time records below.

10. As indicated in the time records, CLS has spent **114.1 hours** and incurred a total fee lodestar of **$28,766.00.**

| NAME | TOTAL HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Seth Lyons | 66.8 | $275 | $18,370.00 |
| Elizabeth Soltan | 47.3 | $220 | $10,406.00 |
| **TOTALS** | **114.1** | | **$28,766.00** |

**I HEREBY DECLARE, UNDER PENALTY OF PERJURY THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT.**

Date:  October 25, 2021

_____
Seth P. Lyons
Community Legal Services, Inc.
1424 Chestnut Street
Philadelphia, PA 19102

3

**Timekeeping Log**

| Date of Service | Time Spent | Caseworker | Activity Details |
|---|---|---|---|
| 03/23/2020 | 0.1 | SETH LYONS | reviewing case and updating tasks |
| 03/27/2020 | 0.2 | SETH LYONS | researching FMLA |
| 03/27/2020 | 0.5 | SETH LYONS | PC w/ cl |
| 03/30/2020 | 0.3 | SETH LYONS | reviewing timesheets and emailing cl |
| 03/31/2020 | 0.6 | ELIZABETH SOLTAN | Researched FMLA coverage of USPS worker for Seth Lyons' question |
| 04/03/2020 | 0.1 | SETH LYONS | emailing cl |
| 04/03/2020 | 0.3 | SETH LYONS | discussing w/ paralegal |
| 04/08/2020 | 0.1 | SETH LYONS | reviewing case notes |
| 04/13/2020 | 0.2 | SETH LYONS | discussing with paralegal |
| 04/13/2020 | 0.3 | SETH LYONS | reviewing damages stuff and discussing with paralegal |
| 04/14/2020 | 0.2 | SETH LYONS | discussing with paralegal |
| 04/21/2020 | 0.7 | SETH LYONS | discussing w/ paralegal |
| 04/22/2020 | 0.1 | SETH LYONS | discussing with paralegal |
| 04/22/2020 | 0.2 | SETH LYONS | discussing with paralegal and reviewing notes |
| 05/07/2020 | 0.2 | SETH LYONS | discussing with paralegal |
| 05/13/2020 | 0.1 | SETH LYONS | discussing with paralegal |
| 05/19/2020 | 0.1 | SETH LYONS | researching FMLA issue and discussing with unit |
| 05/19/2020 | 0.1 | SETH LYONS | reviewing notes |
| 05/22/2020 | 0.1 | SETH LYONS | discussing with paralegal |
| 05/27/2020 | 0.2 | SETH LYONS | discussing with paralegal |
| 05/27/2020 | 0.7 | SETH LYONS | calculating damages, reviewing docs |
| 05/28/2020 | 0.2 | SETH LYONS | discussing with paralegal |
| 06/05/2020 | 0.1 | SETH LYONS | discussing with paralegal |
| 06/05/2020 | 0.9 | SETH LYONS | damages calculation and discussing with paralegal |
| 06/08/2020 | 0.2 | SETH LYONS | discussing with paralegal and using location mapping |
| 06/09/2020 | 0.2 | SETH LYONS | reviewing location data |
| 06/10/2020 | 0.2 | SETH LYONS | reviewing damages calculation and discussing with paralegal |
| 06/25/2020 | 0.1 | SETH LYONS | discussing with paralegal |
| 06/25/2020 | 0.1 | SETH LYONS | updating case notes |
| 06/25/2020 | 0.1 | SETH LYONS | discussing with paralegal |
| 06/26/2020 | 0.3 | SETH LYONS | revising opening ltr/retainer, sending to cl for signature |
| 06/29/2020 | 0.1 | SETH LYONS | updating file |

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 07/02/2020 | 0.2 | SETH LYONS | drafting demand letter |
| 07/02/2020 | 0.3 | SETH LYONS | calculating damages |
| 07/02/2020 | 0.2 | SETH LYONS | drafting demand letter |
| 07/10/2020 | 0.3 | SETH LYONS | drafting demand letter |
| 07/11/2020 | 0.2 | SETH LYONS | finalizing and mailing demand ltr |
| 07/11/2020 | 0.3 | SETH LYONS | drafting demand ltr and texting cl |
| 07/29/2020 | 0.1 | SETH LYONS | Calling opp atty |
| 08/10/2020 | 0.3 | SETH LYONS | PC w/ opp atty |
| 08/10/2020 | 0.2 | SETH LYONS | PC w/ opp atty |
| 08/13/2020 | 0.3 | SETH LYONS | PC w/ client |
| 08/19/2020 | 0.2 | SETH LYONS | emailing cl and opp atty |
| 08/19/2020 | 0.1 | SETH LYONS | emailing client and opp atty |
| 08/24/2020 | 0.1 | SETH LYONS | emailing client and opp atty |
| 08/27/2020 | 0.1 | SETH LYONS | emailing opp atty |
| 09/02/2020 | 0.3 | SETH LYONS | reviewing paystub from ER |
| 09/22/2020 | 0.4 | SETH LYONS | drafting email to opp atty, emailing cl |
| 09/22/2020 | 0.4 | SETH LYONS | PC w. opp atty |
| 09/22/2020 | 0.4 | SETH LYONS | reviewing wage calculation, ER docs, calling opp atty |
| 09/23/2020 | 0.1 | SETH LYONS | emailing cl and opp atty |
| 10/01/2020 | 1 | SETH LYONS | reviewing pay journal info |
| 10/01/2020 | 0.2 | SETH LYONS | emailing cl for backpay info |
| 10/06/2020 | 0.5 | SETH LYONS | PC w/ cl |
| 10/08/2020 | 0.1 | SETH LYONS | emailing cl |
| 10/16/2020 | 0.5 | SETH LYONS | calculating damages |
| 10/19/2020 | 0.1 | SETH LYONS | PC to cl |
| 10/20/2020 | 0.2 | SETH LYONS | emailing opp atty |
| 10/26/2020 | 0.3 | SETH LYONS | emailing opp atty, discussing with colleagues |
| 11/02/2020 | 0.1 | SETH LYONS | PC w/ cl |
| 11/02/2020 | 1 | SETH LYONS | researching FMLA issues and drafting complaint |
| 11/02/2020 | 0.2 | SETH LYONS | PC w/ cl |
| 11/02/2020 | 0.3 | SETH LYONS | discussing with colleagues |
| 11/03/2020 | 1.2 | SETH LYONS | drafting complaint, researching filing procedures |
| 11/04/2020 | 0.1 | SETH LYONS | texting cl |
| 11/04/2020 | 0.7 | SETH LYONS | drafting complaint, researching filing procedures, discussing with colleague |
| 11/05/2020 | 0.3 | SETH LYONS | preparing complaint materials |
| 11/05/2020 | 0.2 | SETH LYONS | discussing with co counsel |
| 11/05/2020 | 0.5 | ELIZABETH SOLTAN | Initial discussion of case with Seth Lyons |
| 11/05/2020 | 0.3 | SETH LYONS | discussing with co-counsel |
| 11/05/2020 | 0.5 | SETH LYONS | texting client and drafting complaint |

| | | | |
|---|---|---|---|
| 11/06/2020 | 0.6 | SETH LYONS | drafting complaint and discussing with co counsel |
| 11/06/2020 | 1.9 | SETH LYONS | drafting complaint, discussing with co-counsel, researching FLSA provisions |
| 11/06/2020 | 2 | ELIZABETH SOLTAN | consults with Seth, editing complaint in Sharepoint |
| 11/09/2020 | 0.1 | SETH LYONS | texting cl and preparing IFP |
| 11/09/2020 | 0.4 | SETH LYONS | drafting IFP, texting client, discussing with co counsel |
| 11/09/2020 | 0.5 | SETH LYONS | drafting complaint, texting client |
| 11/09/2020 | 1.1 | ELIZABETH SOLTAN | editing complaint, research on FMLA retalation vs interference |
| 11/10/2020 | 0.4 | SETH LYONS | finalizing documents for filing |
| 11/10/2020 | 0.7 | SETH LYONS | finalizing filing forms, sending to client for signature |
| 11/10/2020 | 0.3 | SETH LYONS | organizing exhibits, researching service rules |
| 11/10/2020 | 0.6 | SETH LYONS | preparing court filings, discussing with co counsel |
| 11/10/2020 | 0.3 | SETH LYONS | drafting complaint, discussing with co counsel |
| 11/10/2020 | 2 | ELIZABETH SOLTAN | research on fmla claims, completing forms for filing |
| 11/11/2020 | 0.4 | SETH LYONS | filing complaint and IFP |
| 11/12/2020 | 0.3 | SETH LYONS | researching service rules, calling chambers, emailing opposing attorney |
| 11/12/2020 | 0.2 | SETH LYONS | looking up docket and calling chambers re service issue |
| 11/12/2020 | 0.1 | SETH LYONS | call to clerk's office |
| 11/12/2020 | 1 | ELIZABETH SOLTAN | researching service issues, etc |
| 11/13/2020 | 0.5 | ELIZABETH SOLTAN | Looked into service question, left message for clerk |
| 11/13/2020 | 0.1 | SETH LYONS | discussing service issues with co counsel |
| 11/13/2020 | 0.1 | SETH LYONS | discussing with co counsel |
| 11/17/2020 | 0.2 | SETH LYONS | discussing service with co counsel |
| 12/07/2020 | 0.2 | SETH LYONS | Checking docket, calling clerk |
| 12/09/2020 | 0.4 | SETH LYONS | filling out summons form |
| 12/23/2020 | 0.1 | SETH LYONS | checking certified mail receipt |
| 01/08/2021 | 0.2 | SETH LYONS | pc to us marshals |
| 01/12/2021 | 0.1 | SETH LYONS | emailing opp atty |
| 01/13/2021 | 0.1 | SETH LYONS | emailing opp atty |
| 01/15/2021 | 0.1 | ELIZABETH SOLTAN | LM at civil process VM |
| 01/15/2021 | 0.1 | SETH LYONS | discussing with co-counsel |
| 01/26/2021 | 0.2 | ELIZABETH SOLTAN | TCT US Marshals re: service |

6

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 01/29/2021 | 0.2 | SETH LYONS | discussing with co counsel and calling clerk |
| 01/29/2021 | 0.2 | ELIZABETH SOLTAN | Discussed case w/ Seth and LM for US Marshals |
| 02/03/2021 | 0.2 | SETH LYONS | calling court and marshal |
| 02/08/2021 | 0.3 | ELIZABETH SOLTAN | Conversation with Nicole Philippi |
| 02/08/2021 | 0.2 | SETH LYONS | discussing with co counsel |
| 02/08/2021 | 0.2 | ELIZABETH SOLTAN | Calling Clerk and US Marshals |
| 02/08/2021 | 0.1 | SETH LYONS | discussing with co-counsel |
| 02/09/2021 | 0.2 | ELIZABETH SOLTAN | TCT Nicole Philippi |
| 02/10/2021 | 0.1 | ELIZABETH SOLTAN | scheduling conversations with Seth |
| 02/10/2021 | 0.2 | SETH LYONS | discussing with co counsel and emailing opp atty |
| 02/11/2021 | 0.2 | SETH LYONS | call w/ opposing attorney |
| 02/11/2021 | 0.1 | SETH LYONS | emailing opp atty |
| 02/12/2021 | 0.8 | SETH LYONS | legal research on immunity issue, discussing with co counsel |
| 02/15/2021 | 0.6 | SETH LYONS | legal research and calling/emailing opposing attorney |
| 02/16/2021 | 0.3 | SETH LYONS | discussing with co-counsel and calling client |
| 02/18/2021 | 0.2 | SETH LYONS | reviewing orders, researching affirmative defense issue |
| 02/18/2021 | 0.2 | SETH LYONS | reviewing answer |
| 02/24/2021 | 1.2 | SETH LYONS | drafting rule 26a disclosures; researching min wage calculation; calculating damages |
| 02/25/2021 | 0.2 | SETH LYONS | drafting initial disclosures |
| 02/25/2021 | 0.4 | SETH LYONS | drafting amended complaint |
| 02/25/2021 | 1 | SETH LYONS | damages calculation |
| 02/26/2021 | 0.4 | SETH LYONS | drafting amended complaint, reviewing answer |
| 02/26/2021 | 0.3 | SETH LYONS | PC w/ cl |
| 02/26/2021 | 0.1 | SETH LYONS | calling client |
| 02/28/2021 | 0.1 | SETH LYONS | drafting amended complaint |
| 03/01/2021 | 1.3 | SETH LYONS | emailing opposing attorney, texting client, drafting initial disclosures and organizing documents |
| 03/01/2021 | 0.2 | SETH LYONS | calling cl |
| 03/01/2021 | 0.2 | SETH LYONS | texting client and calculated damages |
| 03/01/2021 | 0.2 | SETH LYONS | discussing with co counsel |
| 03/01/2021 | 0.2 | SETH LYONS | texting client, drafting amended complaint and initial disclosures |
| 03/01/2021 | 0.3 | SETH LYONS | reviewing stips, discussing with co-counsel, drafting 26(a) disclosures |

| 03/01/2021 | 1.5 | ELIZABETH SOLTAN | reviewed stips, amended complaint, 26f; discussed w/ Seth; researched willfulness |
| 03/02/2021 | 0.2 | SETH LYONS | emailing initial disclosures |
| 03/03/2021 | 0.3 | SETH LYONS | finalizing and filing amended complaint |
| 03/03/2021 | 0.2 | SETH LYONS | reviewing initial disclosures, texting client |
| 03/03/2021 | 0.1 | SETH LYONS | emailing client amended complaint to review, and verification to sign |
| 03/03/2021 | 0.1 | SETH LYONS | finalizing amended complaint and texting client |
| 03/03/2021 | 0.2 | SETH LYONS | emailing opposing attorney and discussing 26(f) conference with co-counsel |
| 03/03/2021 | 0.3 | ELIZABETH SOLTAN | Read ER disclosures |
| 03/03/2021 | 0.6 | ELIZABETH SOLTAN | research on 26f report procedures |
| 03/05/2021 | 0.2 | SETH LYONS | discussing discovery with co-counsel and reviewing initial disclosures |
| 03/05/2021 | 0.4 | SETH LYONS | rule 26f conference |
| 03/05/2021 | 1.5 | ELIZABETH SOLTAN | Reviewed complaint and answer and drafted 26f report |
| 03/05/2021 | 0.3 | ELIZABETH SOLTAN | Rule 26 Conference w/ Eric Gill and Desiree Wilkins |
| 03/07/2021 | 0.3 | SETH LYONS | reviewing 26(f) report |
| 03/08/2021 | 0.1 | SETH LYONS | discussing with co counsel |
| 03/08/2021 | 0.4 | ELIZABETH SOLTAN | Finalized and sent draft Rule 26f Report to OC |
| 03/08/2021 | 0.1 | ELIZABETH SOLTAN | email to Seth re: tracked changes |
| 03/10/2021 | 0.1 | SETH LYONS | reviewing scheduling order and updating case calendar |
| 03/10/2021 | 0.2 | SETH LYONS | filing rule 26 report |
| 03/10/2021 | 0.2 | SETH LYONS | reviewing 26f report and discussing with co counsel |
| 03/10/2021 | 0.4 | ELIZABETH SOLTAN | emails with OC re: 26f conference report |
| 03/11/2021 | 0.1 | SETH LYONS | discussing with co counsel |
| 03/11/2021 | 0.1 | ELIZABETH SOLTAN | LM for Nicole Philippi |
| 03/11/2021 | 1.1 | ELIZABETH SOLTAN | Filing notice of appearance in CM/ECF (some issues occurred) |
| 03/15/2021 | 0.5 | SETH LYONS | discussing discovery with co counsel |
| 03/15/2021 | 0.1 | SETH LYONS | discussing discovery with co counsel |
| 03/15/2021 | 0.5 | ELIZABETH SOLTAN | Phone call with Seth for discovery planning |
| 03/18/2021 | 0.7 | SETH LYONS | drafting discovery requests |
| 03/19/2021 | 0.1 | SETH LYONS | discussing discovery with co counsel |
| 03/22/2021 | 0.1 | SETH LYONS | discussing with co counsel |
| 03/23/2021 | 0.1 | SETH LYONS | reviewing answer to amended complaint |

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 03/26/2021 | 1.5 | ELIZABETH SOLTAN | drafting interrogatories and RFP |
| 03/26/2021 | 0.6 | SETH LYONS | drafting discovery, reviewing discovery requests, emailing opposing counsel |
| 03/29/2021 | 1.6 | SETH LYONS | drafting, finalizing and serving discovery requests |
| 03/29/2021 | 1.3 | ELIZABETH SOLTAN | Editing interrogatories and RFP |
| 03/30/2021 | 0.5 | SETH LYONS | calling cl |
| 03/30/2021 | 0.1 | SETH LYONS | discussing discovery responses with co counsel |
| 03/30/2021 | 0.6 | ELIZABETH SOLTAN | Preparing medical records request to sign |
| 03/30/2021 | 0.4 | ELIZABETH SOLTAN | TCT CL along with Seth - see Seth's notes |
| 04/01/2021 | 0.4 | SETH LYONS | emailing client discovery request info |
| 04/01/2021 | 0.6 | ELIZABETH SOLTAN | Faxed medical records request to Einstein |
| 04/05/2021 | 0.2 | SETH LYONS | reviewing medical records and discussing with co-counsel |
| 04/05/2021 | 0.1 | ELIZABETH SOLTAN | TCT CL |
| 04/05/2021 | 0.2 | ELIZABETH SOLTAN | Call to Einstein Medical Records 215-456-6800 |
| 04/05/2021 | 0.3 | ELIZABETH SOLTAN | Received and reviewed medical records from Einstein |
| 04/06/2021 | 0.1 | SETH LYONS | reviewing medical records |
| 04/07/2021 | 0.1 | SETH LYONS | texting client about discovery |
| 04/07/2021 | 0.2 | ELIZABETH SOLTAN | Reviewed medical records |
| 04/08/2021 | 0.2 | SETH LYONS | discussing discovery with co counsel |
| 04/08/2021 | 0.1 | ELIZABETH SOLTAN | TCT CL |
| 04/13/2021 | 0.2 | SETH LYONS | texting cl and emailing opp atty |
| 04/13/2021 | 0.1 | SETH LYONS | calling cl |
| 04/14/2021 | 0.2 | SETH LYONS | emailing opp atty, texting client, discussing discovery with co counsel |
| 04/17/2021 | 0.5 | SETH LYONS | drafting discovery responses |
| 04/19/2021 | 0.1 | SETH LYONS | discovery responses |
| 04/19/2021 | 0.2 | SETH LYONS | drafting discovery responses |
| 04/20/2021 | 0.2 | SETH LYONS | discussing with co counsel |
| 04/20/2021 | 0.8 | SETH LYONS | discovery responses; discussing with co counsel |
| 04/20/2021 | 0.5 | ELIZABETH SOLTAN | Prepared updated Einstein form and CAO form |
| 04/22/2021 | 0.1 | SETH LYONS | discussing discovery with co counsel |
| 04/29/2021 | 1 | ELIZABETH SOLTAN | Reviewing doc requests |
| 05/05/2021 | 0.1 | SETH LYONS | calling, texting, emailing |
| 05/06/2021 | 0.1 | SETH LYONS | pc to cl |
| 05/07/2021 | 0.1 | SETH LYONS | calling cl |
| 05/10/2021 | 0.3 | SETH LYONS | discussing discovery responses with co counsel |

| Date | Hours | Attorney | Description |
|---|---|---|---|
| 05/10/2021 | 1 | SETH LYONS | call w/ cl |
| 05/10/2021 | 1.5 | ELIZABETH SOLTAN | TCT CL, working on docs |
| 05/11/2021 | 0.2 | SETH LYONS | drafting discovery responses |
| 05/11/2021 | 0.1 | SETH LYONS | discussing discovery with co counsel |
| 05/11/2021 | 0.1 | SETH LYONS | discussing discovery with co counsel |
| 05/11/2021 | 0.9 | ELIZABETH SOLTAN | Call w/ CL |
| 05/12/2021 | 0.1 | SETH LYONS | discussing discovery with co counsel |
| 05/12/2021 | 0.2 | SETH LYONS | drafting discovery responses |
| 05/12/2021 | 0.1 | SETH LYONS | discussing discovery with co counsel |
| 05/12/2021 | 1.5 | ELIZABETH SOLTAN | discovery responses |
| 05/12/2021 | 0.5 | ELIZABETH SOLTAN | call with client |
| 05/13/2021 | 0.1 | SETH LYONS | discussing discovery with co counsel |
| 05/13/2021 | 1 | ELIZABETH SOLTAN | working on discovery responses |
| 05/13/2021 | 1.8 | ELIZABETH SOLTAN | Reviewing docs from CAO for disco |
| 05/14/2021 | 0.3 | SETH LYONS | working on discovery responses |
| 05/14/2021 | 0.3 | SETH LYONS | drafting discovery responses |
| 05/14/2021 | 2.3 | ELIZABETH SOLTAN | discovery drafting |
| 05/14/2021 | 1.3 | ELIZABETH SOLTAN | Discovery |
| 05/14/2021 | 2 | ELIZABETH SOLTAN | Disco work, TCT CL, sending med records request |
| 05/16/2021 | 0.9 | SETH LYONS | drafting discovery responses |
| 05/16/2021 | 1.8 | ELIZABETH SOLTAN | P's docs for discovery |
| 05/16/2021 | 2.1 | ELIZABETH SOLTAN | P's docs for discovery |
| 05/17/2021 | 0.6 | SETH LYONS | finalizing discovery responses, discussing with co counsel, emailing opp attorney |
| 05/17/2021 | 0.1 | SETH LYONS | emailing client |
| 05/17/2021 | 0.2 | SETH LYONS | discussing discovery with co counsel |
| 05/17/2021 | 0.4 | SETH LYONS | drafting responses and calling client |
| 05/17/2021 | 0.4 | ELIZABETH SOLTAN | TCT CL to review doc responses |
| 05/17/2021 | 0.6 | ELIZABETH SOLTAN | Editing doc responses |
| 05/18/2021 | 0.1 | SETH LYONS | discussing with co counsel |
| 05/18/2021 | 0.1 | ELIZABETH SOLTAN | Email to opposing counsel re receipt of disco |
| 05/19/2021 | 0.1 | SETH LYONS | discussing discovery with co counsel |
| 05/19/2021 | 0.2 | SETH LYONS | discussing tax returns with co counsel |
| 05/19/2021 | 0.5 | ELIZABETH SOLTAN | saving tax records and checking them |
| 05/19/2021 | 0.1 | ELIZABETH SOLTAN | call to client |
| 05/20/2021 | 0.2 | SETH LYONS | emailing about UC claim |
| 05/20/2021 | 0.1 | SETH LYONS | emailing cl |
| 06/01/2021 | 0.2 | SETH LYONS | reviewing discovery, discussing with co-counsel |
| 06/01/2021 | 0.1 | ELIZABETH SOLTAN | scheduling emails with OC |
| 06/01/2021 | 0.2 | SETH LYONS | discussing with co counsel |
| 06/02/2021 | 0.2 | SETH LYONS | discussing discovery with co counsel |

| 06/02/2021 | 0.3 | ELIZABETH SOLTAN | trying to add up fmla hours from disco |
|---|---|---|---|
| 06/02/2021 | 0.9 | ELIZABETH SOLTAN | reviewing discovery from usps |
| 06/03/2021 | 0.1 | SETH LYONS | call w/ cl |
| 06/03/2021 | 0.6 | SETH LYONS | reviewing discovery, discussing with co-counsel |
| 06/04/2021 | 0.7 | SETH LYONS | call w/ opp atty, discussing with co counsel |
| 06/04/2021 | 0.4 | ELIZABETH SOLTAN | discussing next steps with Seth Lyons |
| 06/04/2021 | 0.3 | ELIZABETH SOLTAN | Call w/ Eric Gill and Desiree Wilkins |
| 06/07/2021 | 0.3 | SETH LYONS | reviewing discovery with co counsel |
| 06/07/2021 | 0.1 | SETH LYONS | discussing damages calculations with co-counsel |
| 06/07/2021 | 1.2 | ELIZABETH SOLTAN | reviewing discovery and timesheets for damages calculation |
| 06/07/2021 | 1 | ELIZABETH SOLTAN | calculating accuracy of damages estimates based on training hours |
| 06/10/2021 | 0.1 | SETH LYONS | discussing with co counsel |
| 06/11/2021 | 0.1 | SETH LYONS | emailing opp atty |
| 06/16/2021 | 0.1 | SETH LYONS | discussing with co counsel |
| 06/16/2021 | 2.9 | SETH LYONS | reviewing discovery, calculating damages |
| 06/16/2021 | 1.7 | ELIZABETH SOLTAN | analyzing discovery docs against other records |
| 06/22/2021 | 0.5 | SETH LYONS | damages calculation and calling cl |
| 06/22/2021 | 0.2 | SETH LYONS | damages calculations |
| 06/24/2021 | 0.3 | SETH LYONS | PC w/ opp atty |
| 06/24/2021 | 0.7 | SETH LYONS | calculating damages, discussing with co-counsel, calling opposing attorney |
| 06/24/2021 | 0.4 | ELIZABETH SOLTAN | Call w/ Seth re: negotiation strategy |
| 07/09/2021 | 0.1 | SETH LYONS | emailing opp atty |
| 07/12/2021 | 0.1 | SETH LYONS | PC to cl |
| 07/12/2021 | 0.2 | SETH LYONS | call w opp atty and discussing with co-counsel |
| 07/13/2021 | 0.1 | SETH LYONS | call w/ opp atty |
| 07/13/2021 | 0.1 | SETH LYONS | calling opp atty |
| 07/15/2021 | 0.1 | SETH LYONS | call w opp atty and discussing with co counsel |
| 07/15/2021 | 0.1 | SETH LYONS | call to opp atty |
| 07/19/2021 | 0.1 | SETH LYONS | discussing with co counsel and PC w cl |
| 07/20/2021 | 0.1 | SETH LYONS | call w/ opp counsel |
| 07/20/2021 | 0.1 | SETH LYONS | calling opp atty |
| 07/22/2021 | 0.1 | SETH LYONS | calling opp atty |
| 07/23/2021 | 0.1 | SETH LYONS | calling opp atty |
| 07/27/2021 | 0.4 | SETH LYONS | PC w/ opp atty and calling cl, reviewing consent order rules |

| 07/28/2021 | 0.5 | SETH LYONS | emailing opp atty, researching consent decree law |
| --- | --- | --- | --- |
| 08/16/2021 | 0.1 | SETH LYONS | texting cl about UC claim |
| 08/24/2021 | 0.1 | SETH LYONS | emailing opp atty |
| 08/25/2021 | 0.1 | SETH LYONS | texting cl |
| 09/08/2021 | 0.1 | SETH LYONS | emailing opposing counsel |
| 09/10/2021 | 0.3 | SETH LYONS | reviewing settlement agreement, emailing opposing attorney |
| 09/13/2021 | 0.6 | SETH LYONS | revising settlement agreement, emailing opposing attorney |
| 09/15/2021 | 0.2 | SETH LYONS | emailing opposing attorney re settlement language |
| 09/15/2021 | 0.3 | SETH LYONS | reviewing settlement agreement with client |
| 09/15/2021 | 0.2 | SETH LYONS | revising settlement agreement, emailing opposing attorney, texting client |
| 09/16/2021 | 0.1 | SETH LYONS | discussing settlement issue with colleague |
| 09/20/2021 | 0.1 | SETH LYONS | drafting consent decree |
| 09/28/2021 | 0.2 | SETH LYONS | reviewing settlement agreement, emailing opposing attorney |
| 09/30/2021 | 0.3 | SETH LYONS | reviewing and executing settlement agreement, emailing client |
| 10/04/2021 | 0.3 | SETH LYONS | emailing opp attorney, drafting consent order |
| 10/07/2021 | 0.2 | SETH LYONS | filing consent order and settlement w/ court |
| 10/07/2021 | 0.2 | SETH LYONS | finalizing consent order, emailing opp atty |