IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LASHAWN BROWN** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 20-5624** |
| **v.** | : | |
| | : | |
| **UNITED STATES POSTAL SERVICE** | : | |
| | : | |
| *Defendant* | : | |

# ORDER

**AND NOW**, this 2nd day of November 2021, upon consideration of the parties' *joint motion for approval of the settlement*, [ECF 21], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum, that the motion is **GRANTED**. Accordingly, the parties' Settlement Agreement, [ECF 18-1], is **APPROVED**. It is further **ORDERED** that this matter is **DISMISSED**, with prejudice.

                    **BY THE COURT:**

                    /s/ *Nitza I. Quiñones Alejandro*
                    **NITZA I. QUIÑONES ALEJANDRO**
                    *Judge, United States District Court*